**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No.: 2:21-cv-00247-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | [ECF Nos. 1, 3, 4] |
| COVID 19, et al., | |
| Defendants | |

I ORDER that plaintiff Lausteveion Johnson's motion to voluntarily dismiss this case **(ECF No. 4) is GRANTED**.  Johnson's motions for leave to proceed in forma pauperis (ECF No. 1) and motion for preliminary injunction **(ECF No. 3) are DENIED as moot**.

I FURTHER ORDER the clerk of court to close this case.

DATED this 19th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE